**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FIFTH DIVISION**

KEVIN DEVESCOVI, JOHN DOE, and DR. JANE ROE,

Plaintiffs,

vs.

JESSE VENTURA, Governor of the State of Minnesota, MIKE HATCH, Attorney General of the State of Minnesota, TIMOTHY FAVER, Beltrami County Attorney, and ROBERT D. TELL, Public Safety Director of Bemidji, Minnesota,

Defendants.

File No. 00-1211 MJD/RLE

**ORDER GRANTING EXTENSION TO ANSWER COMPLAINT**

Based upon the Stipulation of the parties, defendants Jesse Ventura, Governor of the State of Minnesota and Mike Hatch, Attorney General of the State of Minnesota, are hereby granted a one-week extension to file their answer or otherwise respond to plaintiffs' Complaint.

IT IS SO ORDERED.

Dated: June 7, 2000.

Raymond L. Erickson
RAYMOND L. ERICKSON
United States Magistrate Judge

AG: 388550,v. 01

FILED JUN 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________