**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| KEVIN DEVESCOVI, JOHN DOE, and DR. JANE ROE,<br><br>Plaintiffs,<br><br>vs.<br><br>JESSE VENTURA, Governor of the state of Minnesota, MIKE HATCH, Attorney General of the state of Minnesota, TIMOTHY FAVER, Beltrami County Attorney, and ROBERT D. TELL, Public Safety Director of Bemidji, Minnesota,<br><br>Defendants. | FILE NUMBER: 00-1211 MJD/RLE<br><br>**ORDER FOR ENTRY OF DEFAULT** |

This matter came on for hearing before the undersigned on the motion of the plaintiffs, pursuant to Rule 55 of the Federal Rules of Civil Procedure, for entry of default against Timothy Faver, on the ground that Mr. Faver has been served with the Summons and Complaint in this matter but has not answered or otherwise defended within the time provided by the Federal Rules of Civil Procedure.

Based upon the files and proceedings herein, the Court finds that:

1. The Summons and Complaint in this matter was served personally on Timothy Faver on May 19, 2000.

2. Timothy Faver has not answered or otherwise appeared in this matter and the time provided under the Federal Rules of Civil Procedure to answer has expired.

3. Timothy Faver is not a member of the armed services and is not subject to protections provided by the Soldiers and Sailors Civil Relief Act of 1940, as amended.

FILED 9/26/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Accordingly, the Court hereby directs the clerk to enter a default against defendant Timothy Faver, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: Sept 26, 2000

Michael J. Davis
Judge of the Federal District Court
for the Federal District of Minnesota

GP:721730 v1