# *United States District Court*

***District of Minnesota***

Kevin Devescovi, John Doe,
and Dr. Jane Roe

Plaintiff(s)

vs. Civil Case No. 00-1211 MJD/RLE

Jesse Ventura, Governor of the State of Minnesota, Mike Hatch, Attorney General of the State of Minnesota, Timothy Faver, Beltrami County Attorney, and Robert D. Tell, Public Safety Director of Bemidji, Minnesota

Defendant(s)

## CLERK'S ENTRY OF DEFAULT

It appearing that Timothy Faver, defendant(s), is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**Default is hereby entered against**

Timothy Faver

this 26th day of September, 20 00.

FRANCIS E. DOSAL
Clerk of Court

By: Shirley Hansen
Deputy Clerk

12