**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| KEVIN DEVESCOVI, et al., | |
| Plaintiffs, | Civil Action No. 00-1211 MJD/RLE |
| v. | |
| JESSE VENTURA, et al., | |
| Defendants. | |

**ORDER**

UPON THE Joint Motion for Extension of Discovery Deadline filed March __, 2001, and having considered the entire record in this proceeding,

IT IS HEREBY ORDERED, that the motion is granted. The close of discovery is hereby extended to April 30, 2001

Raymond L. Erickson

RAYMOND L. ERICKSON
United States Magistrate Judge

Dated: April 12, 2001.

FILED APR 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

24