240104

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 00-1211 MJD/RLE

**Case Title:** Kevin Devescovi, et al. vs. Jesse Ventura, et al.

**Affidavit of Movant**

I, Gregory Merz, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Lara M. Flint, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the (X ) plaintiff ( ) defendant ________________ in the case(s) listed ~~below~~ above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed ~~below~~ above, and that I accept service of all papers served.

Signature: [signature] | MN Attorney License #: 185942 | Date: May 1, 2001

**Affidavit of Proposed Admittee**

I, Lara M. Flint, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Type/Print Name: Lara M. Flint | Signature: [signature] | Date: 4/26/01

Attorney License Number: DC #468556

Law Firm Name & Address: Jenner & Block
601 Thirteenth Street, NW
Washington, DC 20005

Telephone: (202) 639-6008

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

Date: MAY 02 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED MAY 0 2 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

6/99