UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Kevin Devescovi, et al.,

Plaintiff,

vs. ORDER

Jesse Ventura, et al.,

Defendants. Civ. No. 00-1211 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 5th day of June, 2001.

* * *

On May 11, 2001, the Plaintiffs filed a Motion to Extend the Page Limits, imposed by D. Minn. L.R. 7.1(c),[1] by ten pages, for their Memorandum and Reply Memorandum, cumulatively, to be filed with their cross-Motion for Summary Judgment. On the same date, the Plaintiffd filed the exact same Motion with the District Court Judge, the Honorable Michael J. Davis presiding. As the cross-

---

[1]Rule 7.1(c) provides:

> **General Rules.** No party shall file a memorandum of law exceeding 35 pages except by permission of the Court. If a reply memorandum of law is filed, the cumulative total of the original memorandum and the reply memorandum shall not exceed 35 pages, except by permission of the Court. Affidavits and exhibits *shall not be attached* to the memorandum of law.

(31)

FILED JUN 05 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Motion for Summary Judgment, which is a dispositive Motion, will be heard by Judge Davis, unless referred to this Court, the Motion to Extend the Page limits is more properly considered by him. Therefore, we deny the Plaintiffs' Motion to Extend the Page Limits, without prejudice, however, to the Motion now pending before Judge Davis.

NOW, THEREFORE, It is --

ORDERED:

That the Plaintiffs' Motion to Extend the Page Limits [Docket No. 28] is DENIED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE