138708

# UNITED STATES DISTRICT COURT

## District of Minnesota

**Clerk's Office, 700 Federal Building,**
**316 North Robert Street, St. Paul, MN 55101**
**Phone: 651-848-1100**

RECEIVED BY MAIL
NOV 23 2001
CLERK US DIST COURT
ST. PAUL, MN

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 00-1211 **Case Title:** Devescovi, et al v. Ventura, et. al.

**Affidavit of Movant**

I, Timothy Branson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Leslie Cooper, an attorney admitted to practice in the Southern + Eastern District of New York, but not admitted to the bar of this court, who will be counsel for ~~the ( )plaintiff ( )defendant~~ amicus curiae Doe et al in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] #174173 11/16/01
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Leslie Cooper, am currently a member in good standing of the U.S. District Court for the Southern + Eastern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Leslie Cooper [signature] 10/18/01
Type/Print Name Signature Date

Attorney License Number: N/A

Law Firm Name & Address: American Civil Liberties Union
125 Broad St, 18th Fl.
New York, NY 10004

Telephone: (212) 549-2584

Motion Granted: [signature] NOV 23 2001
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.