# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kevin Devescovi, John Doe
and Dr. Jane Roe

Case No. Civil 00-1211 MJD/RLE

v.

**JUDGMENT IN A CIVIL CASE**

Jesse Ventura, Governor of the
State of Minnesota, Mike Hatch,
Attorney General of the State of Minnesota,
Timothy Favor, Beltrami County Attorney
and Robert D. Tell, Public Safety Director
of Bemidji, Minnesota

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Motion for leave by Amici Curiae to file memorandum on suggestion of mootness is GRANTED;
2. Plaintiff motion for summary judgment is DENIED AS MOOT;
3. Defendants' motions for summary judgment are DENIED AS MOOT;
4. Plaintiff motion to strike the Amici Curiae reply brief is DENIED AS MOOT; and
5. This matter is DISMISSED.

DATE: March 21, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk